# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No.: 21-17494-PDR
Chapter 13

Virginia Alvarez
　　　Debtor(s)　　/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *4-1* | *Broward County* | *$889.57* |

Basis for Objection and Recommended Disposition:
On or about September 3, 2021, Creditor filed a secured proof of claim in the amount of $889.57 for Estimated 2021 Real Estate Taxes on the Debtor's homestead with an account ending in 0250. The Debtor will pay this claim directly and outside the bankruptcy when the 2021 taxes come due on November 1st as stated in her latest filed second amended plan. The Debtor seeks to allow the claim as filed without any distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: September 8, 2021

Respectfully Submitted:
/s/ Jose A. Blanco, Esq.
**JOSE A. BLANCO, P.A.**
102 East 49th Street
Hialeah, FL 33013
Fl. Bar No. 062449
Telephone: (305) 349-3463
E-Mail: jose@blancopa.com